CRANFORD COMPANY, INC., Respondent, *v.* L. LEOPOLD & Co., INC., et al., Defendants, and UNITED STATES OF AMERICA, Appellant.

Argued October 8, 1948; decided October 21, 1948.

*John F. X. McGohey, United States Attorney* for Southern District of New York (*James A. Devlin* of counsel), for appellant.

*Emil V. Pilz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.